THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL SHANE, Respondent, *v.* CHARLES F. GITTENS, Justice of the Peace of the Town of Hempstead, Sitting as a Committing Magistrate, Appellant.

*eople ex rel. Shane* v. *Gittens,* 155 App. Div. 921, appeal dismissed. (Submitted June 3, 1913; decided June 17, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 26, 1913, which affirmed an order of Special Term sustaining a writ of habeas corpus and discharging the relator from custody.  The relator had been arrested on a warrant charging him with the crime of book making in violation of section 986 of the Penal Law.

*Charles M. Wysong, District Attorney,* and *Charles T. McCarthy* for appellant.

*John J. Graham* for respondent.

Appeal dismissed because not taken in the name of the People as required by section 2059 of the Code of Civil Procedure (See *People ex rel. Breslin* v. *Lawrence,* 107 N. Y. 607); no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.